IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANE J. TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 24-462 |
| SCI PINE GROVE, et al., | ) Judge Nora Barry Fischer ) Magistrate Judge Maureen P. Kelly |
| Defendants. | ) ) |

**MEMORANDUM ORDER**

AND NOW, this 10th day of October, 2025, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Maureen P. Kelly on August 6, 2025, (Docket No. 40), recommending that the Motion to Dismiss filed by Defendants Jeffrey Paul Boland, Mark Brothers, William McKee, SCI Pine Grove and Samuel Wills be granted and leave to amend be denied as futile for Plaintiff Dean Taylor's official capacity claims, his claims against Brother and Wills arising out of their participation in the grievance process, and his Fourteenth Amendment claims, all of which should be dismissed, with prejudice, but that Plaintiff be granted leave to amend to cure the deficiencies as to his claims against Boland only, that any amended complaint be filed within 30 days and that Plaintiff also fully and clearly allege each claim he wishes to raise and identify the Defendant(s) against whom the claim is being brought, be a pleading that stands by itself without reference to other filings in this case and not re-allege claims that were previously dismissed with prejudice, the Magistrate Judge further directed that objections for non-ECF users were due by August 25, 2025, which was later extended by the Court until September 8, 2025, (Docket Nos. 41, 42), the separate stay order having been lifted as of October

1

3, 2025, (Docket Nos. 43, 44), and Plaintiff having not filed objections as of the date of this Order but has separately filed a Motion for Leave to File Amended Complaint on September 3, 2025, along with a proposed Amended Complaint, (Docket No. 46), and upon independent review of the record and de novo consideration of the Magistrate Judge's August 6, 2025 Report and Recommendation, (Docket No. 40), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss [23] filed by Defendants SCI-Pine Grove, Superintendent of SCI-Pine Grove Mark Brothers, Correctional Health CRE Administrator Jeffrey Paul Boland, Lieutenant of Security Samuel Wills, Correctional Officer William McKee is GRANTED;

IT IS FURTHER ORDERED that Plaintiff's Amended Complaint [21] is dismissed and his official capacity claims, his claims against Brother and Wills arising out of their participation in the grievance process, and his Fourteenth Amendment claims are dismissed, with prejudice, and leave to amend such claims is denied, as futile, *see Grayson v. Mayview State Hospital*, 293 F.3d 103 (3d Cir. 2002). Plaintiff's other claims are dismissed, without prejudice, as stated in the Report and Recommendation; and,

IT IS FURTHER ORDERED that this matter is remanded back to the Magistrate Judge for further pretrial proceedings, including the pending Motion for Leave to File Amended Complaint (Docket No. 46).

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Maureen P. Kelly
cc:    DANE J. TAYLOR
       NW9060
       SCI PHOENIX
       1200 Mokychic Drive
       Collegeville, PA 19426 (via first class mail)

2